IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARK RAKOWSKI, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | Civil Action 4:19-cv-0883-ALM |
| LENNOX INTERNATIONAL, INC., | § § | **JURY DEMANDED** |
| *Defendant*. | § § | |

## PLAINTIFF'S TRIAL BRIEF ON BUT-FOR CAUSATION

TO THE HONORABLE AMOS L. MAZZANT:

Plaintiff Mark Rakowski submits this brief concerning but-for causation in the trial of this case.

But-for causation "is not a difficult burden to meet." *United States v. Ramos-Delgado*, 763 F.3d 398, 402 (5th Cir. 2014). "[A]n incident may have many but-for causes. *Id.*

A good example of explanation of the but for analysis was set out by the Supreme Court in *Burrage v. United States*, 571 U.S. 204 (2014). For example,

> a baseball game in which the visiting team's leadoff batter hits a home run in the top of the first inning. If the visiting team goes on to win by a score of 1 to 0, every person competent in the English language and familiar with the American pastime would agree that the victory resulted from the home run. This is so because it is natural to say that one event is the outcome or consequence of another when the former would

> not have occurred but for the latter. It is beside the point that the victory also resulted from a host of *other* necessary causes, such as skillful pitching, the coach's decision to put the leadoff batter in the lineup, and the league's decision to schedule the game.

*Id.* at 212. Extending the analogy further, perhaps the home run would not have occurred but for the opposing pitcher leaving "his fastball hanging over the plate." *Ramos-Delgado,* 763 F.3d at 402.

Respectfully submitted,

*/s/ Brian P. Sanford*
Brian P. Sanford
Texas Bar No. 17630700
bsanford@sanfordfirm.com
Elizabeth "BB" Sanford
Texas Bar No. 24100618
esanford@sanfordfirm.com

**THE SANFORD FIRM**
1910 Pacific Ave., Suite 15400
Dallas, TX 75201
Ph:  (214) 717-6653
Fax: (214) 919-0113

**ATTORNEYS FOR PLAINTIFF
MARK RAKOWSKI**

## CERTIFICATE OF SERVICE

I hereby certify that December 3, 2021, I electronically served the foregoing document on all counsel of record via the Court's electronic filing system.

*/s/ Brian P. Sanford*