# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 12/13/2021

| | |
|---|---|
| **DISTRICT JUDGE**<br>Amos L. Mazzant, III | **CO 6URT REPORTER:** Christina Bickham<br>**COURTROOM DEPUTY:** Keary Conrad |

| | |
|---|---|
| Mark Rakowski<br><br>v.<br><br>Lennox International | 4:19-CV-883 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Brian Sanford and Elizabeth Sanford | James Arthur Reeder, Jr. and Brian Jorgensen |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Jury Trial- Day 6 |
|---|---|
| 8:20 a.m. | Court in session. Court notes appearances. |
| 8:20 a.m. | Court advises the Parties regarding juror 8 and advises that the Court, in its discretion, released the juror. Court addresses the objection of the Plaintiff. |
| 8:23 a.m. | Court notes filing of Plaintiff's objections to the charge and the Court denied Plaintiff's request. Court hears from Defendant's counsel regarding further argument once the verdict is returned. |
| 8:24 a.m. | Court advises will continue with first portion of instructions regarding age discrimination, will allow the parties to argue, and then final instructions. |
| 8:30 a.m. | Jury seated. Jury provided with instructions regarding age discrimination. Court reads the initial portion of the instructions to the jury. |
| 8:35 a.m. | Plaintiff's counsel, Brian Sanford begins closing argument. |
| 9:04 a.m. | Plaintiff's counsel, Brian Sanford concludes initial closing argument. |
| 9:05 a.m. | Defendant's counsel, James Reeder Jr begins closing argument. |
| 9:20 a.m. | Defendant's counsel, Jenny Plagman continues closing argument. |
| 9:29 a.m. | Defendant's counsel, Brian Jorgenson concludes closing argument. |
| 9:36 a.m. | Bench conference. |
| 9:37 a.m. | Defendant's counsel, Brian Jorgenson continues closing argument. |
| 9:40 a.m. | Defendant's counsel, James Reeder Jr concludes closing argument. |

| 9:50 p.m. | Defendant's counsel, James Reeder Jr completes argument. |
|---|---|
| 9:50 a.m. | Plaintiff's counsel, Brian Sanford begins final argument. |
| 9:58 a.m. | Plaintiff's counsel, Brian Sanford concludes final argument. |
| 9:59 a.m. | Court provides copy of the charge to the jury and reads the final instructions to the jury. |
| 10:11 a.m. | Jury excused to begin deliberations. |
| 10:12 a.m. | Court recess pending note or verdict. |
| 11:19 a.m. | Court re-convened. Court notes jury note #1 received and indicates the foreperson. Court notes jury note #2 that the jury has reached a verdict. |
| 11:20 a.m. | Jury seated. |
| 11:21 a.m. | Court received verdict from jury. Court published the jury. |
| 11:21 a.m. | Court polled the jury. |
| 11:22 a.m. | Court will file the verdict as part of the record. |
| 11:23 a.m. | Court will enter a judgment on the verdict this week. |
| 11:24 a.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY: *Keary Conrad*
Courtroom Deputy Clerk