# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MARK RAKOWSKI, | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 4:19-cv-00883 |
| v. | § | Judge Mazzant |
| | § | |
| LENNOX INTERNATIONAL, INC., | § | |
| *Defendant*. | § | |

## VERDICT OF THE JURY

We, the Jury, find as follows:

### Question No. 1

Has Plaintiff Mark Rakowski proved that, but for his age, Defendant Lennox International, Inc. would not have terminated his employment?

Answer "Yes" or "No."

Answer: __No__

If you answered "yes" to Question No. 1, proceed to Question No. 2.

If you answered "no" to Question No. 1, proceed to the bottom of page 2 to sign and date the Jury Verdict. Do not answer any other questions.

**Question No. 2**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Mark Rakowski for the damages, if any, you have found Defendant Lennox International, Inc.'s wrongful conduct, if any, caused Plaintiff Mark Rakowski?

Answer in dollars and cents for the following items, and no others:

Past wages and benefits from July 1, 2019 to the date of this verdict.

$ _____

Proceed to Question No. 3.

**Question No. 3**

What sum of money, if paid now in cash, is the amount by which Plaintiff Mark Rakowski's damages, if any, could have been reduced through his reasonable diligence in seeking, obtaining, and maintaining substantially equivalent employment after the date of his termination?

Answer in dollars and cents, if any.

$ _____

Proceed to Question No. 4.

**Question No. 4**

Was Defendant Lennox International, Inc.'s termination of Plaintiff Mark Rakowski willful?

Answer "Yes" or "No."

Answer: ____

Date: 12/13/21