# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| MARK RAKOWSKI, § | |
| § | |
| *Plaintiff,* § | |
| § | Civil Action No.  4:19-CV-00883 |
| v. § | Judge Mazzant |
| § | |
| LENNOX INTERNATIONAL, INC., § | |
| § | |
| *Defendant.* § | |

### FINAL JUDGMENT

This action came on for trial before the Court and a jury, the undersigned presiding, and the issues having been duly tried after the jury having duly rendered its verdict.

It is **ORDERED** and **ADJUDGED** that Plaintiff Mark Rakowski takes nothing and that Plaintiff's case against Defendant Lennox International, Inc. is **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 14th day of December, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE